### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS, INDIANA

| | |
|---|---|
| **SHEREE DOUTHIT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )CAUSE NO. 1:20-cv-3165 |
| | ) |
| **RILEY HOSPITAL  FOR CHILDREN** | ) |
| **AT IU HEALTH** | ) |
| | ) |
| **Defendant,** | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of acts and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1.  This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e. and 42 U.S.C. § 1981 as amended by the Civil Rights Act OF 1991; 28 U.S.C. §§ 1331 and 1343.

2.  Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on September 21, 2020.

### PARTIES

3.  Plaintiff is an African-American female and at all relevant times she resided in the Southern District of Indiana.

4.  Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

**FACTS**

5.   Plaintiff began working for Riley Hospital in 2017 as a Floor Nurse.

6.   In August 2018, Plaintiff was promoted to Clinical Manager.

7.   While working at Riley Hospital Plaintiff complained several times that she was being treated differently than her Caucasian colleagues and subordinates.

8.   Plaintiff first complained that she was being treated differently than her Caucasian colleagues and subordinates in 2018.

9.   Plaintiff continued to complain up until the time of her termination.

10.  On December 10, 2019, Plaintiff was suspended for three days allegedly for time card fraud.

11.  After Plaintiff conducted her own investigation into the matter, it was proven that she did not commit time card fraud.

12.  On December 13, 2019, Plaintiff complained again that she was being treated differently than her Caucasian colleagues and subordinates.

13.  On December 16, 2019, Plaintiff's manager attempted to demote her.

14.  On January 20, 2020, Plaintiff filed a formal grievance with Defendant due to the discrimination, harassment and retaliation that she was experiencing.

15.  On January 23, 2020, Plaintiff was terminated allegedly for creating a hostile work environment. Plaintiff never created a hostile work environment.

16.  A similarly situated Caucasian employee have engaged in conduct of comparable seriousness but they have not been terminated.

17.  Plaintiff was terminated due to her race.

18.  Plaintiff was terminated due to engaging in protected activity.

## COUNT I

1.  Plaintiff incorporates by reference paragraphs 1-18.

2.  Defendant, as a result of terminating Plaintiff due to her race, violated 42 U.S.C. § 1981.

## COUNT II

3.  Plaintiff incorporates by reference paragraphs 1-18.

4.  Defendant, as a result of terminating Plaintiff due to her race, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

5.  Plaintiff incorporates by reference paragraphs 1-18.

6.  Defendant, Defendant as a result of terminating Plaintiff for engaging in protected activity, violated 42 U.S.C. § 1981.

## COUNT IV

7.  Plaintiff incorporates by reference paragraphs 1-18.

8.  Defendant, Defendant as a result of terminating Plaintiff for engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A.  Award Plaintiff back pay and benefits lost;

B.  Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C.  Award Plaintiff punitive damages;

D.  Award Plaintiff his cost in this action and reasonable attorney fees;

E.  Grant Plaintiff any other relief which is allowable under the circumstances of

this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416