UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEREE DOUTHIT, | ) |
| *Plaintiff*, | ) ) ) |
| vs. | ) ) No. 1:20-cv-03165-JMS-MKK |
| INDIANA UNIVERSITY HEALTH, INC. d/b/a RILEY HOSPITAL FOR CHILDREN AT IU HEALTH, | ) ) ) ) |
| *Defendant*. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant. Defendant has fulfilled its obligations under the Settlement Agreement, Plaintiff shall take nothing further by way of her Complaint, and this case is **DISMISSED WITH PREJUDICE**.

Date: 3/21/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**<u>Distribution via ECF only to all counsel of record</u>**

**<u>Distribution via United States Mail to:</u>**

Sheree Douthit
4585 Chase Oak Court
Zionsville, IN 46077

Amber K. Boyd
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, IN 46240